NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2013-1047,-1059

SYNTHES USA, LLC (formerly known as Synthes (USA))
and DEPUY SYNTHES PRODUCTS, LLC,

                Plaintiffs-Appellants,

v.

SPINAL KINETICS, INC.,

                Defendant-Cross Appellant.

Appeals from the United States District Court for the Northern District of California in case no. 09-CV-1201, Senior Judge Ronald M. Whyte.

ON MOTION

O R D E R

Appellant Synthes USA, LLC moves unopposed to add Depuy Synthes Products, LLC as an appellant in these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

                FOR THE COURT

Dated: July 3, 2013　　　　　　　　/s/Daniel E. O'Toole
                                       Daniel E. O'Toole
                                       Clerk